United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 17-04964-HWV
Jeffrey K Gewertz     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Jan 14, 2021    Form ID: ortext    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Jeffrey K Gewertz, 105 York Street, Manchester, PA 17345-1130

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeffrey K Gewertz            Chapter: 13

**Debtor 1**            Case number: 1:17−bk−04964−HWV

# ORDER

Proceeding Memo re: Hearing on Motion to Dismiss Ch. 13 Case for Material Default; held. Record made. Order − Hearing continued to allow opportunity for Debtor to participate. Appearances: James Jones. IT IS SO ORDERED on 1/13/2021. /s/Henry W. Van Eck (RE: related document(s)63). Hearing scheduled for 2/10/2021 at 09:35 AM at The hearing will be held telephonically − Harrisburg case. (Goodling, Joan)

Order Text Entries (Form ortext) (2/19)