United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-04964-HWV
Jeffrey K Gewertz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Feb 11, 2021  Form ID: ordsmiss  Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey K Gewertz, 105 York Street, Manchester, PA 17345-1130 |
| 4998326 | + | Best Buy Credit, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 5047365 | + | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5180157 | + | Freedom Mortgage Corporation, c/o McCalla Raymer et al, Bankruptcy Department, 1544 Old Alabama Raod, Roswell, GA 30076-2102 |
| 4998328 | + | Hershey Outpatient Center, 15 Hope Drive, Hershey, PA 17033-2086 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 11 2021 23:53:00 | BMW Bank of North America, c/o AIS Portfolio Servi, P.O. Box 165028, Irving, TX 75016-5028 |
| 5004022 | | EDI: HNDA.COM | Feb 11 2021 23:53:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 4999747 | + | EDI: AISACG.COM | Feb 11 2021 23:53:00 | BMW Bank of North America, AIS Portfolio Services, LP, P.O. Box 165028, Irving, TX 75016-5028 |
| 5011507 | | EDI: BMW.COM | Feb 11 2021 23:53:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 4998325 | + | EDI: BMW.COM | Feb 11 2021 23:53:00 | BMW Financial, 5550 Britton Pkwy, Hilliard, OH 43026-7456 |
| 4998327 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 11 2021 19:28:00 | Citadel, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5024990 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 11 2021 19:28:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5043771 | + | EDI: WFNNB.COM | Feb 11 2021 23:53:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 4998330 | + | EDI: IRS.COM | Feb 11 2021 23:53:00 | IRS, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 4998647 | + | EDI: PRA.COM | Feb 11 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5042832 | | EDI: Q3G.COM | Feb 11 2021 23:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5162173 | + | Email/Text: bncmail@w-legal.com | Feb 11 2021 19:28:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |

| | | | | |
|---|---|---|---|---|
| 5162172 | + | Email/Text: bncmail@w-legal.com | Feb 11 2021 19:28:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4998331 | + | EDI: RMSC.COM | Feb 11 2021 23:53:00 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5047192 | + | Email/Text: bncmail@w-legal.com | Feb 11 2021 19:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4998332 | | Email/Text: hstammen@unionhomemortgage.com | Feb 11 2021 19:27:00 | Union Home Mortgage, 8241 Dow Circle West, Strongsville, OH 44136 |
| 5019165 | | EDI: AIS.COM | Feb 11 2021 23:53:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4998329 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial, P.O. Box 65507, Wilmington, DE 19808 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Pingora Loan Servicing  LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeffrey K Gewertz,                               Chapter      13

**Debtor 1**

                                            Case No.      1:17−bk−04964−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: February 11, 2021                               By the Court,

                                                              Honorable Henry W. Van Eck
                                                              Chief Bankruptcy Judge
                                                              By: ToniaWilson, Deputy Clerk

ordsmiss (05/18)